## (June 15, 1939.)

In the Matter of the Application of WILLIAM P. ALMROTH and Another, Petitioners, for an Order Restraining JOHN P. BOLAND and Others, Individually and as Members Constituting the New York State Labor Relations Board, Respondents, from Proceeding or Taking Any Action under and Pursuant to an Order of Said New York State Labor Relations Board, Dated April 26, 1939, in the Matter Known on the Records of Said Board as Case No. CU-87, and from Holding a Hearing in Said Case on May 4, 1939, as Directed by Notice of Hearing Annexed to Said Order.— Motion for stay pending appeal granted. The charge on which respondents are attempting to try petitioners was not incorporated in the original complaint. Thereafter respondent attempted to force petitioners to trial on the charge but the notice given relative thereto concededly was inadequate and insufficient. Denial of the relief asked for under article 78 of the Civil Practice Act presents a reviewable question. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD MEEGAN, Appellant.— Motion to extend appellant's time to perfect appeal until the January, 1940, term of this court, granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM B. MELICK, Appellant.— Motion to extend appellant's time to perfect appeal until the September, 1940, term of this court granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERNEST WHITNEY, Relator, v. JOSEPH H. WILSON, as Warden of Great Meadow Prison, Comstock, N. Y., Respondent.— Motion to extend relator's time in which to perfect appeal until the January, 1940, term of this court, granted. Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ., concur. Motion for an order directing that relator be furnished with photostatic copies of evidentiary documents denied on the ground the court is without authority to make such an order. Crapser, Bliss and Schenck, JJ., concur; Hill, P. J., and Heffernan, J., dissent. [See ante, p. 874.]